UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Laurence A. Muellum, CIVIL 01-881 (PAM)

Plaintiff,

v.

Mutual of Omaha Insurance Co.,

Defendant.

---

**ORDER OF DISQUALIFICATION AND DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE**

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated May 30, 2002, the above captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master list of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above captioned case.

DATED: July 29, 2002

Paul A. Magnuson, Judge
United States District Court

JUL 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Laurence A. Muellum

vs 01-881DSD/SRN

Mutual of Omaha Ins. Co.

Pursuant to an Order of Disqualification by Judge Magnuson, the above matter has been re-assigned to Judge David S. Doty. Please note the change in presiding judge initials above and refer to them when submitting documents to the court. Please also note that Magistrate Judge Susan R. Nelson remains the MJ on this matter.