UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO: 01-881~~PAM~~/SRN
DSD

Laurence A. Mellum,

Plaintiff,

vs.

Mutual of Omaha Insurance Co.,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated by and between the above-named parties that Plaintiff's claims against Defendant Mutual of Omaha be dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: 9/6/02

THOMAS J. LYONS & ASSOCIATES

By: ______________________
Thomas J. Lyons, Sr., 65699
Attorney for Plaintiff
342 East County Road D
Little Canada, MN 55117
651-770-9707

Dated: 9/6/02

CRAGG & THONE

By: ______________________
Jeffrey W. Thone; 200232
Attorneys for Defendant Mutual of Omaha
310 Wells Fargo Bank Bldg.
1011 First Street S.
Hopkins, MN 55343
(952) 933-8993

FILED 9-13-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. 9-13-02
DEPUTY CLERK ______

**ORDER**

BASED UPON THE ATTACHED STIPULATION AND THE TRANSCRIPT OF THE SETTLEMENT PREVIOUSLY PLACED ON THE RECORD BEFORE THE COURT,

IT IS HEREBY ORDERED that judgment of dismissal with prejudice and on the merits, without costs to any party, be entered in the above-entitled matter.

LET JUDGMENT BE ENTERED ACCORDINGLY,

BY THE COURT:

Dated: 9/12/02